## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHN ROBERT DEMOS, JR.**
Reg. #287455                                                                                          PLAINTIFF

vs.                              No. 4:15CV00666-BRW

**WAL-MART STORES**, *et al.*                                                             DEFENDANTS

### ORDER

Because Plaintiff is an inmate with three strikes under the PLRA,[1] his Motion to Proceed In Forma Pauperis (Doc. No. 1) is DENIED and this case is DISMISSED without prejudice.

If Plaintiff wants to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk of the Court, noting the above case style and number within thirty days of the date of this Order, together with a Motion to Reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 30th day of October, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g)

1